UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CR171

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **QUALIK HASSAN TISDALE,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Dismiss, Terminate Supervised Release. (#17). As Defendant notes, he is in custody while waiting for a hearing on revocation of his supervised release.

Defendant's motion is **DENIED**. The fact that Defendant has been held in custody for what he contends is an unreasonable amount of time waiting for his revocation hearing is not a ground to terminating his supervised release or for dismissing the pending petition on supervised release revocation.

Signed: October 18, 2023

Max O. Cogburn Jr.
United States District Judge